United States District Court

Eastern District of California

United States of America,

       Plaintiff,            No.  05-177 PAN

  vs.                      Detention Order

Maria Cota,

       Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  <u> x </u>    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  <u> x </u>    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

     the safety of any other person and the community.

C. <u>Findings Of Fact</u>

  The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

 __x__ (1) Nature and Circumstances of the offense charged.

   __x__ (a) The crime. <u>Conspiracy to distribute methamphetamine.</u>

   _____ (b) The offense is a crime of violence.

   _____ (c) The offense involves a narcotic.

   __x__ (d) The offense involves a large amount of controlled substances.

 __x__ (2) The weight of the evidence against the defendant is high.

 __x__ (3) The history and characteristics of the defendant including:

   _____(a) General Factors:

    _____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

    _____ The defendant has no family ties in the area.

    _____ The defendant has no steady employment.

    _____ The defendant has no substantial financial resources.

    _____ The defendant is not a long time resident of the community.

    _____ The defendant does not have any significant community ties.

    __x__ Past conduct of the defendant: <u>Use of 2 aliases.</u>

|     |     |                                                                                   |
|-----|-----|-----------------------------------------------------------------------------------|
| ___ |     | The defendant has a history relating to drug abuse.                               |
| _x_ |     | The defendant has a significant prior criminal record.                            |
| ___ |     | The defendant has a prior record of failure to appear at court proceedings.       |

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

    ___    Probation.

    ___    Parole.

    ___    Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

    _x_    The defendant is an illegal alien and is subject to deportation.

    ___    The defendant is a legal alien and will be subject to deportation if convicted.

    ___    Other:

_x_  (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

    ___    (a) (1) The crime charged is one described in § 3142(f)(1)

        ___    (A) a crime of violence; or

        ___    (B) an offense for which the maximum penalty is life imprisonment or death; or

        ___    (C) a controlled substance violation that has a maximum penalty of ten

3

|   |   |   |
|---|---|---|
|   |   | years or more; or |
|   | _____ | (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| __x__ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
| __x__ |   | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
| _____ |   | the Controlled Substances Act, 21 U.S.C. §§ 951, et seq., |
| _____ |   | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
| _____ |   | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
| _____ |   | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |

D.  <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney

4

1 | General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or
2 | being held in custody pending appeal; and

3 |     The defendant be afforded reasonable opportunity for private consultation with his counsel; and

4 |

5 |     That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the
6 | defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

7 |

8 |     Dated: June 16, 2005.

9 |

10 |     /s/ Peter A. Nowinski
    Peter A. Nowinski
11 |     Magistrate Judge