IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,　　　　　　　　No. CR S-05-0261 GEB GGH P

  vs.

MARIA COTA,

      Movant.　　　　　　　　　　ORDER

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 14, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On November 24, 2009 (docket # 78), movant was granted a twenty-one day extension of time to file objections, but has failed to do so.[1]

---

[1] Movant was granted an extension of time to file objections and specifically denied additional time to file another § 2255 motion. Docket # 78. Nevertheless, in direct contravention of the order, movant purported to file an amended § 2255 motion, which the court declines to

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 14, 2009, are adopted in full;

2. Movant's post-conviction motions, filed on October 29, 2007 (docket #73), and motion to amend, filed on October 28, 2008 (docket #69), are summarily dismissed as non-cognizable pleadings.

3. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-07-2805 GEB GGH.

Dated: January 20, 2010

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

---

construe as objections.