UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Respondent,<br><br>      v.<br><br>MARIA COTA,<br><br>           Movant. | No.  CR S-05-0261 GEB GGH P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

     Presently before the court is movant's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255, filed June 18, 2014.  By order of March 5, 2010, however, all future filings were directed to be disregarded based on movant's history of filing frivolous substanceless requests in an *ad seriatim* fashion, thereby unnecessarily burdening the court.  A review of the current motion indicates that it is not non-cognizable or frivolous, as were most of movant's past filings, and should not be disregarded.  Therefore, this court's order to disregard all future filings will be vacated.  Movant is warned, however, that should she once more submit seriatim frivolous filings, the order will be reinstated.

     On June 1, 2010, movant filed a request to file an appeal and a notice of appeal which were disregarded pursuant to the previous standing order.  (ECF Nos. 86-88.)  Those filings will now be processed to the Ninth Circuit Court of Appeals.

     Because the current section 2255 motion cannot be considered until movant's appeal has run its course, this court will recommend holding in abeyance the § 2255 motion until the Ninth

1

Circuit Court of Appeals has issued a decision on movant's appeal.  See Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987); Black v. United States, 269 F.2d 38, 41 (9th Cir. 1959) (adjudication of a section 2255 petition should await the outcome of an appeal.)

Accordingly, IT IS ORDERED that:

1.  This court's order of March 5, 2010, (ECF No. 86), requiring that all future filings shall be disregarded, is vacated;

2.  Movant's request to file an appeal and notice of appeal, filed April 9 and June 1, 2010 (ECF Nos. 87 and 88), are no longer disregarded; and

3.  The Clerk of the Court shall process ECF Nos. 87 and 88 to the Ninth Circuit Court of Appeals.

IT IS HEREBY RECOMMENDED that: movant's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255, filed June 18, 2014, (ECF No. 90), be held in abeyance pending a decision by the Ninth Circuit Court of Appeals in regard to movant's notice of appeal.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven (7) days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 7, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Cota0261.2255-disr