UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR S-05-0261 GEB GGH P |
| Respondent, | |
| v. | ORDER |
| MARIA COTA, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2014, are adopted in full; and

2.  Movant's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. §

1

2255, filed June 18, 2014, (ECF No. 90), is held in abeyance pending a decision by the Ninth Circuit Court of Appeals in regard to movant's notice of appeal.

Dated: August 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge