UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>MARIA COTA,<br><br>    Movant. | No. CR S-05-0261 GEB GGH P<br><br>ORDER |

Respondent shall inform the court within 14 days the status of the case and whether the court's March 6, 2015 order reducing movant's term of imprisonment mooted movant's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255.

Dated: January 9, 2019

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE